# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 12, 2014 |
| Court Reporter: Janet Coppock | Time: one hour and 11 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 13-CR-00151-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| | Anna Edgar |
| Plaintiff, | Detective James Anderson |
| vs. | |
| **GREGORY LOZADO,** | Martin Stuart |
| Defendant. | |

## SENTENCING

**10:04 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:** The statement of facts in the Presentence Investigation Report is not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses the defendant's objections to the Presentence Investigation Report.

Argument by Mr. Stuart in support of the defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

Page Two
13-CR-00151-PAB
March 12, 2014

Christina Farris addresses the Court on behalf of the defendant.

Argument by Ms. Edgar and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence [Docket No. 84] is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant was found **GUILTY** to count **1 of the Indictment** on **November 20, 2013.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **235** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a substance abuse program**.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Three
13-CR-00151-PAB
March 12, 2014

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his prescribed medications is maintained.
- (**X**) The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to **six** months to commence upon release from custody, and shall observe the rules of that facility.
- (**X**) The defendant shall submit his person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Page Four
13-CR-00151-PAB
March 12, 2014

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**11:15 a.m.    COURT IN RECESS**

**Total in court time:   71 minutes**

**Hearing concluded**